**Karen CLARK, Plaintiff–Appellant,**

v.

**VIRGINIA COMMUNITY COLLEGE SYSTEM; Thomas Nelson Community College; Alvin Schexnider, President; Beverly Walker–Griffea, Vice President Student Affairs; Lisa Johnson, Director Human Resources; Betsy Harrison, Dean of Student Services, Defendants–Appellees.**

No. 14–1262.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Karen Clark, Appellant Pro Se. Gregory Clayton Fleming, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Clark appeals the district court's order dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Clark's motion to compel the production of documents and affirm for the reasons stated by the district court. *Clark v. Va. Cmty. Coll. Sys.,* No. 4:12–cv–00172–MSD–LRL (E.D.Va. Feb. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*